FILED
Nov 25  2 25 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ICE CREAM LIQUIDATION, INC. f/k/a Fieldbrook Farms, Inc., individually and on behalf of all others similarly situated<br>      Plaintiffs,<br><br>VS.<br><br>LAND O'LAKES, INC.; DAIRY FARMERS OF AMERICA, INC.; ASSOCIATED MILK PRODUCERS, INC.; GRASSLAND DIARY PRODUCTS, INC.; KELLER'S CREAMERY, LLC; LEVEL VALLEY CREAMERY, INC.; and MADISON DAIRY PRODUCE COMPANY<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)   302-CV-377 (GLG)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   NOVEMBER 25, 2003<br>) |

<u>APPEARANCE</u>

**PLEASE ENTER APPEARANCE** of Francis J. Drumm, III for the defendant Madison Dairy Produce Company, a Division of Land O'Lakes, Inc. in the above-captioned case.

DEFENDANT MADISON DAIRY PRODUCE
COMPANY, A DIVISION OF LAND O'LAKES,
INC.

By: _____
FRANCIS J. DRUMM, III
FEDERAL BAR # CT 24352
MULVEY, OLIVER & GOULD
ITS ATTORNEYS
83 TRUMBULL STREET
NEW HAVEN, CT  06511
(203) 624-5111

CERTIFICATION

This is to certify that on November 25, 2003, a copy of the foregoing was mailed, postage pre-paid, to:

Robert A. Izard, Esq.
Attorney Barbara F. Wolf
Schatz & Nobel, PC
330 Main Street
Hartford, CT 06106

E. Parry Warner, Esq.
William J. Leonard, Esq.
Mathieu J. Shapiro, Esq.
H. David Seidman, Esq.
Obermayer Rebmann Maxwell & Hippel, LLP
One Penn Center, 19th Floor
John F. Kennedy Boulevard
Philadelphia, PA 19103-1834

C. Thomas Wilson, Esq.
Gislason & Hunter, LLP
2700 S. Broadway
P. O. Box 458
New Ulm, MN 56073

Nathan P. Eimer, Esq.
Adam B. Deutsch, Esq.
Eimer, Stahl, Klevorn & Solberg
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604

Robert L. Keepnews, Esq.
Attorney Kristin B. Mayhew
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06490

Thomas F. Maxwell, Jr. Esq.
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

_____
FRANCIS J. DRUMM, III

F:\MO&G\Active\Land O'Lakes, Inc\Pleadings\Appearance Madison Dairy - FJD.wpd