FILED

2003 NOV 25 P 4: 34

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ICE CREAM LIQUIDATION, INC., <br> Formerly known as Fieldbrook Farms, Inc., <br> Individually and on behalf of all others <br> Similarly situated, <br>         Plaintiff, <br><br> v. <br><br> LAND O'LAKES, INC., et al. <br>         Defendants. | : <br> : <br> :    CIVIL ACTION NO. <br> :    302CV377-GLG <br> : <br> : <br> : <br> :    NOVEMBER 25, 2003 <br> : |

## AGREED MOTION FOR STAY OF LITIGATION PENDING MEDIATION

The parties in this complex antitrust case respectfully move the Court for an Order staying litigation pending the parties' efforts to explore potential resolution of this action through mediation.

Under the schedule currently in place, defendants' opposition to Plaintiff's Motion for Class Certification must be filed by November 30, 2003 and plaintiff's reply brief is due by January 15, 2004. Over a number of weeks, plaintiff and defendants have engaged in negotiations concerning the potential resolution of this action and have deferred discovery in order to give their full attention to those discussions.

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

472505

The parties recently agreed that their chances of arriving at a resolution would be enhanced by mediation, and they are now discussing the identity of the mediator and the mediation protocol.

The parties believe that approximately ninety (90) days will be needed to make the arrangements for the mediation process and to complete that process. Accordingly, the parties have agreed to a stay of all litigation pending mediation and propose to report back to the Court concerning the status of the mediation within ninety (90) days. A Stipulation to that effect is attached hereto. No party will suffer prejudice from the stay.

WHEREFORE, the parties respectfully request that the Court enter a stay of the above-captioned litigation.

Respectfully submitted,

Robert G. Oliver (ct 00192)
Carolyn P. Gould (ct 05392)
David J. Crotta (ct 03235)
Francis J. Drumm, III (ct 24352)
Mulvey Oliver, Gould & Crotta
83 Trumbull Street
New Haven, CT 06511
(203) 624-5111
(203) 789-8371 (fax)

472505

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ICE CREAM LIQUIDATION, INC.,
Formerly known as Fieldbrook Farms, Inc.,
Individually and on behalf of all others
Similarly situated,
        Plaintiff,

v.

LAND O'LAKES, INC., et al.
        Defendants.

CIVIL ACTION NO.
302CV377-GLG

## STIPULATION TO STAY LITIGATION PENDING MEDIATION

WHEREAS, the parties have been attempting to negotiate a resolution of this action and have agreed that their chances of success would be enhanced by engaging in mediation; and

WHEREAS, the parties have been devoting their full attention to efforts to resolve this action and to make arrangements for mediation, and they have agreed to defer further litigation pending mediation;

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants that, with the Court's approval, the litigation shall be stayed pending mediation and the parties shall report to the Court concerning the status of mediation within ninety (90) days.

Dated:

*Barbara F. Wolf*

Robert A. Izard (ct 01601)
Barbara F. Wolf (ct 00603)
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT 06106

**Counsel for Plaintiff**

Robert G. Oliver (ct 00192)
Carolyn P. Gould (ct 05392)
David J. Crotta (ct 03235)
Mulvey Oliver & Gould
83 Trumbull Street
New Haven, CT 06511

**Counsel for Land O'Lakes, Inc.
and Madison Dairy Produce Company,
a Division of Land O'Lakes, Inc.**

**On Behalf of All Defendants**

472505

CERTIFICATION

I hereby certify that I caused the foregoing to be served by overnight Federal Express Mail on November 25, 2003, upon:

Robert A. Izard
Barbara F. Wolf
Schatz & Nobel, PC
330 Main Street
Hartford, CT  06106

and upon the following by United States mail, postage prepaid on November 25, 2003, as follows:

Judge William I. Garfinkle
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

**DEFENDANT:    DAIRY FARMERS OF AMERICA INC. AND KELLER'S CREAMERY, LLC    COUNSEL:**

Attorney Kristin B. Mayhew
Robert L. Keepnews, Esq
Pepe & Hazard
Goodwin Square
Hartford, CT 06103-4302
860-522-5175

E. Parry Warner, Esq.
William J. Leonard, Esq.
Mathieu J. Shapiro, Esq.
H. David Seidman, Esq.
Obermayer, Rebmann, Maxwell & Hippel
One Penn Center
1617 JFK Blvd, 19th Fl.
Philadelphia, PA 19103-1895
215-665-3000
215-665-3165 (fax)