mot stay

Motion GRANTED on consent.
Gerard L. Goettel, USDJ
12/10/03

FILED
2003 NOV 25 P 4: 34

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ICE CREAM LIQUIDATION, INC., <br> Formerly known as Fieldbrook Farms, Inc., <br> Individually and on behalf of all others <br> Similarly situated, <br>           Plaintiff, <br> <br> v. <br> <br> LAND O'LAKES, INC., et al. <br>           Defendants. | CIVIL ACTION NO.  <br> 302CV377-GLG <br> <br> <br> NOVEMBER 25, 2003 |

## AGREED MOTION FOR STAY OF LITIGATION PENDING MEDIATION

The parties in this complex antitrust case respectfully move the Court for an Order staying litigation pending the parties' efforts to explore potential resolution of this action through mediation.

Under the schedule currently in place, defendants' opposition to Plaintiff's Motion for Class Certification must be filed by November 30, 2003 and plaintiff's reply brief is due by January 15, 2004. Over a number of weeks, plaintiff and defendants have engaged in negotiations concerning the potential resolution of this action and have deferred discovery in order to give their full attention to those discussions.

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

472505