UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN -9 P 12: 15

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| ICE CREAM LIQUIDATION, INC., formerly known as Fieldbrook Farms, Inc., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAND O'LAKES, INC; DAIRY FARMERS OF AMERICA, INC., ASSOCIATED MILK PRODUCERS, INC.; GRASSLAND DAIRY PRODUCTS, INC.; KELLER'S CREAMERY LLC; LEVEL VALLEY CREAMERY, INC.; AND MADISON DAIRY PRODUCE COMPANY;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 302-CV-377 (WWE)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon the Plaintiff's Agreed Motion and Proposed Order for Approval of Settlement of Plaintiff's Individual Claim with attached Settlement Agreement, filed by Plaintiff, the Court finds:

1. That the attorneys fees and expenses requested by Plaintiff's Counsel of $402,239 in attorneys' fees, being one third of the settlement proceeds net of expenses, and expenses of $43,282, are fair and reasonable and not evidence of collusion.

2. Dismissal of this Action will not prejudice the putative class members.

Accordingly,

IT IS HEREBY ORDERED AS FOLLOWS:

That the Settlement Agreement is hereby approved.

Honorable Warren W. Eginton
Senior U.S. District Judge

Dated this 9th day of June, 2004