UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ICE CREAM LIQUIDATION, INC., formerly known as Fieldbrook Farms, Inc., individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. 302-CV-377 (**GLG**) |
| v. ) | |
| LAND O'LAKES, INC; DAIRY FARMERS OF AMERICA, INC., ASSOCIATED MILK PRODUCERS, INC.; GRASSLAND DAIRY PRODUCTS, INC.; KELLER'S CREAMERY LLC; LEVEL VALLEY CREAMERY, INC.; AND MADISON DAIRY PRODUCE COMPANY; ) ) ) ) ) ) ) ) | April 30, 2002 |
| Defendants. ) | |

### PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff Ice Cream Liquidation, Inc. respectfully moves this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order certifying this action as a class action on behalf of the following class ("Class"):

> All domestic wholesale purchasers of milk, cream or butter, including ice cream manufacturers, who purchased milk, cream or butter in the contiguous United States from November 2, 2000 to September 14, 2001.
>
> Excluded from the Class are Defendants, all officers and directors of any of Defendants, members of their immediate families, and the partners, heirs, successors or assigns of any of the foregoing.

Plaintiff also respectfully moves for an order (i) certifying this action as a class action;

ORAL ARGUMENT REQUESTED

*[Margin notations: WARREN W. EGINTON, Senior U.S. District Judge; Motion DENIED as MOOT. 6/16/04]*