UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ICE CREAM LIQUIDATION, INC., formerly known as Fieldbrook Farms, Inc., individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LAND O'LAKES, INC; DAIRY FARMERS OF AMERICA, INC., ASSOCIATED MILK PRODUCERS, INC.; GRASSLAND DAIRY PRODUCTS, INC.; KELLER'S CREAMERY LLC; LEVEL VALLEY CREAMERY, INC.; AND MADISON DAIRY PRODUCE COMPANY; <br><br> Defendants. | ) ) ) ) ) CIVIL ACTION NO. 302-CV-377 (WWE) ) ) ) ) ) ) ) ) ) July 22, 2004 ) ) ) ) |

**PLAINTIFF'S AGREED MOTION AND PROPOSED ORDER
FOR DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION AND
APPROVAL OF THE DISTRICT COURT AND BANKRUPTCY COURT**

Pursuant to Rules 23(e) and 41 of the Federal Rules of Civil Procedure, Plaintiff Ice Cream Liquidation, Inc. moves for the entry of an order dismissing the above-captioned matter with prejudice as to Defendants Land O'Lakes, Inc., Dairy Farmers of America, Inc. Associated Milk Producers, Inc., Grassland Dairy Products, Inc. Keller's Creamery, L.P. and Madison Dairy Produce Company (hereinafter "Defendants").[1] In support of its motion, Plaintiff states as follows:

---

[1] Plaintiff voluntarily dismissed Defendant Level Valley Creamery, Inc. from this action four months after the complaint was filed.

1

1. On June 9, 2004, this Court approved the Settlement Agreement between Plaintiff and Defendants. A copy of the Court's Order is attached hereto as Exhibit A.

2. On July 21, 2004, the United States Bankruptcy Court for the District Court of Connecticut granted the motion of Plaintiff, a bankruptcy debtor, to approve the Settlement Agreement between Plaintiff and Defendants. A copy of the Bankruptcy Court's Order is attached hereto as Exhibit B.

3. Plaintiff and Defendants have all executed a Stipulation of Dismissal with Prejudice, which was part of the Settlement Agreement approved by this Court and the Bankruptcy Court. The Stipulation of Dismissal with Prejudice, executed in identical counterparts, is attached hereto as Exhibit C.

4. Defendants do not oppose this motion. The Settlement Agreement provided that Plaintiff would obtain the proposed Order of Dismissal as set forth below.

For the foregoing reasons, Plaintiff respectfully requests that the Court enter the proposed Order of dismissal with prejudice.

DATED: July 22, 2004

Respectfully submitted,

**PLAINTIFF ICE CREAM LIQUIDATION, INC.**

By: *Barbara F. Wolf*
Robert A. Izard (ct 01601)
Andrew M. Schatz (ct 00603)
Barbara F. Wolf (ct 19107)
**SCHATZ & NOBEL, P.C.**
One Corporate Center - Suite 1700
20 Church Street
Hartford, CT 06103
Phone: 860.493.6292
Fax: 860.493.6290

**IT IS HEREBY ORDERED AS FOLLOWS:**

The above-captioned matter is hereby dismissed with prejudice as to Defendants Land O'Lakes, Dairy Farmers of America, Inc., Associated Milk Producers, Inc., Grassland Dairy Products, Inc., Keller's Creamery, L.P. and Madison Dairy Produce Company.

_____
United States District Court Judge

Dated this ___ day of _____, 2004.

## CERTIFICATE OF SERVICE

This is to certify that on this 22d day of July, 2004, a copy of the foregoing Plaintiff's Agreed Motion and Proposed Order For Dismissal with Prejudice Pursuant to Stipulation and Approval of the District Court and Bankruptcy Court was sent, via U.S. Mail, to the attached Service List.

*Barbara F. Wolf*
Barbara F. Wolf

4

**Service List (Ice Cream Liquidation, Inc. v. Land O'Lakes, et. al.)**

Robert G. Oliver
Carolyn P. Gould
David J. Crotta
MULVEY OLIVER & GOULD
83 Trumbull Street
New Haven, CT 06511

Nathan P. Eimer
Lisa S. Meyer
Adam B. Deutsch
EIMER STAHL KLEVORN & SOLBERG
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604

**Attorneys for Land O'Lakes, Inc. and Madison Dairy Produce Company**

E. Parry Warner
William J. Leonard
Mathieu J. Shapiro
H. David Seidman
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103-1895

Robert L. Keepnews
Kristin P. Mayhew
PEPE & HAZARD LLP
30 Jelliff Lane
Southport, CT 06490

**Attorneys for Dairy Farmers of America, Inc. and Keller's Creamery, LLC**

Teresa E. O'Halloran, Esq.
Carol S. Dittmar, Esq.
GARVEY, ANDERSON, JOHNSON, GERACI & MIRR, S.C.
402 Graham Avenue
P.O. Box 187
Eau Claire, WI 54702-0187

Thomas F. Maxwell, Jr.
PULLMAN & COMLEY
850 Main Street, PO Box 7006
Bridgeport, CT 06601-7006

**Attorneys for Grassland Dairy Products, Inc.**

C. Thomas Wilson
GISLASON & HUNTER, LLP
2700 South Broadway
P.O. Box 458
New Ulm, MN 56073

**Attorneys for Associated Milk Producers, Inc.**

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN -9 P 12: 15
U.S. DISTRICT COURT
BRIDGEPORT, CONN

ICE CREAM LIQUIDATION, INC., )
formerly known as Fieldbrook Farms, Inc., )
individually and on behalf of all others )
similarly situated, )
) CIVIL ACTION NO. 302-CV-377 (WWE)
Plaintiff, )
)
v. )
)
LAND O'LAKES, INC; DAIRY FARMERS )
OF AMERICA, INC., ASSOCIATED MILK )
PRODUCERS, INC.; GRASSLAND DAIRY )
PRODUCTS, INC.; KELLER'S CREAMERY )
LLC; LEVEL VALLEY CREAMERY, INC.; )
AND MADISON DAIRY PRODUCE )
COMPANY; )
)
Defendants. )

## ORDER

Upon the Plaintiff's Agreed Motion and Proposed Order for Approval of Settlement of Plaintiff's Individual Claim with attached Settlement Agreement, filed by Plaintiff, the Court finds:

1. That the attorneys fees and expenses requested by Plaintiff's Counsel of $402,239 in attorneys' fees, being one third of the settlement proceeds net of expenses, and expenses of $43,282, are fair and reasonable and not evidence of collusion.

2. Dismissal of this Action will not prejudice the putative class members.

Accordingly,

IT IS HEREBY ORDERED AS FOLLOWS:

That the Settlement Agreement is hereby approved.

Honorable Warren W. Eginton
Senior U.S. District Judge

Dated this 9th day of June, 2004

Exhibit B