UNITED STATES BANKRUPTCY COURT

DISTRICT OF CONNECTICUT

**************************************** X
IN RE:                                   :   PROCEEDINGS FOR A
                                         :   REORGANIZATION UNDER
ICE CREAM LIQUIDATION, INC.              :   CHAPTER 11
f/k/a FIELDBROOK FARMS, INC.,            :   Case No. 01-34624 (LMW)
                                         :
                                         :   Re #563
DEBTOR                                   :
**************************************** X

## ORDER APPROVING SETTLEMENT AGREEMENT

Upon consideration of the motion of the Debtor (the "Motion") to approve the settlement agreement with Land O'Lakes, Inc., Dairy Farmers of America, Inc., Associated Milk Producers, Inc., Keller's Creamery, LLC, Grassland Dairy Products, Inc., and Madison Dairy Produce Company (the "Defendants"), and it having been determined that adequate notice was given of such Motion, and it having been found that good cause exists to grant such Motion, it is hereby:

ORDERED that the Motion to Approve Settlement Agreement with the Defendants is hereby granted; and it is further

ORDERED that the Debtor is authorized to enter into such Settlement Agreement with Defendants upon the terms and conditions set forth therein. The

LAW OFFICES • ROGIN, NASSAU, CAPLAN, LASSMAN & HIRTLE, LLC
CITYPLACE • HARTFORD, CONNECTICUT 06103-3460 • (860) 278-7480 • JURIS NO. 50793

Settlement Agreement is hereby approved and such Settlement Agreement shall be binding and enforceable in accordance with its terms.

Date: JUL 2 1 2004

/s/ Lorraine Murphy Weil
LORRAINE MURPHY WEIL
UNITED STATES BANKRUPTCY JUDGE

# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ICE CREAM LIQUIDATION, INC., formerly known as Fieldbrook Farms, Inc., individually and on behalf of all others similarly situated, (GLG)<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LAND O'LAKES, INC; DAIRY FARMERS OF AMERICA, INC., ASSOCIATED MILK PRODUCERS, INC.; GRASSLAND DAIRY PRODUCTS, INC.; KELLER'S CREAMERY LLC; LEVEL VALLEY CREAMERY, INC.; AND MADISON DAIRY PRODUCE COMPANY;<br><br>　　　　　　　Defendants. | CIVIL ACTION NO. 302-CV-377 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.Civ.P. 41, and pursuant to Settlement Agreement approved by this Court and the Bankruptcy Court, Plaintiff Ice Cream Liquidation, Inc. and Defendants Land O'Lakes, Inc., Dairy Farmers of America, Inc., Associated Milk Producers, Inc., Grassland Dairy Products, Inc., Keller's Creamery, L.P., and Madison Dairy Produce Company, stipulate that the above-captioned action is dismissed with prejudice. This Stipulation is not intended to prejudice and does not prejudice any claims of any putative class members.

532464

This Stipulation to Dismiss with Prejudice may each be executed in one or more identical counterparts, each of which shall be deemed an original, but all of which together shall constitute but a single document.

**Plaintiff Ice Cream Liquidation, Inc.**

By: *Barbara F. Wolf*
Robert A. Izard (ct 01601)
Andrew M. Schatz (ct 00603)
Barbara F. Wolf (ct 19107)
**Schatz & Nobel P.C.**
330 Main Street
Hartford, CT 06106
Phone: 860.493.6292
Fax: 860.493.6290

Date:_____

**Defendants Land O'Lakes, Inc. and Madison Dairy Produce Company**

By:_____
Nathan P. Eimer (23693)
Adam B. Deutsch (23695)
**Eimer Stahl Klevorn & Solberg**
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604

Date:_____

**Defendants Dairy Farmers of America, Inc.
and Keller's Creamery, L.P.**

By:_____
    E. Parry Warner (23711)
    William J. Leonard (23712)
    Mathieu J. Shapiro (23713)
    H. David Seidman (23714)
    **Obermayer Rebmann Maxwell & Hippel, LLP**
    One Penn Center, 19th Floor
    1617 John F. Kennedy Boulevard
    Philadelphia, PA 19103-1895


Date:_____



**Defendant Grassland Dairy Products, Inc.**

By:_____
    Thomas F. Maxwell, Jr. (0132)
    **Pullman & Comley, LLC**
    850 Main Street
    P.O. Box 7006
    Bridgeport, CT 06601-7006


Date:_____



**Defendant Associated Milk Producers, Inc.**

By:_____
    C. Thomas Wilson
    **Gislason & Hunter**
    2700 South Broadway
    P.O. Box 458
    New Ulm, MN 56073


Date:_____

532464

3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ICE CREAM LIQUIDATION, INC., formerly known as Fieldbrook Farms, Inc., individually and on behalf of all others similarly situated, <br>(GLG) <br>       Plaintiff, <br><br>v. <br><br>LAND O'LAKES, INC; DAIRY FARMERS OF AMERICA, INC., ASSOCIATED MILK PRODUCERS, INC.; GRASSLAND DAIRY PRODUCTS, INC.; KELLER'S CREAMERY LLC; LEVEL VALLEY CREAMERY, INC.; AND MADISON DAIRY PRODUCE COMPANY; <br>       Defendants. | ) ) ) ) ) CIVIL ACTION NO. 302-CV-377 ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.Civ.P. 41, and pursuant to Settlement Agreement approved by this Court and the Bankruptcy Court, Plaintiff Ice Cream Liquidation, Inc. and Defendants Land O'Lakes, Inc., Dairy Farmers of America, Inc., Associated Milk Producers, Inc., Grassland Dairy Products, Inc., Keller's Creamery, L.P., and Madison Dairy Produce Company, stipulate that the above-captioned action is dismissed with prejudice. This Stipulation is not intended to prejudice and does not prejudice any claims of any putative class members.

532464

This Stipulation to Dismiss with Prejudice may each be executed in one or more identical counterparts, each of which shall be deemed an original, but all of which together shall constitute but a single document.

**Plaintiff Ice Cream Liquidation, Inc.**

By:_____
    Robert A. Izard (ct 01601)
    Andrew M. Schatz (ct 00603)
    Barbara F. Wolf (ct 19107)
**Schatz & Nobel P.C.**
330 Main Street
Hartford, CT 06106
Phone: 860.493.6292
Fax: 860.493.6290

Date:_____

**Defendants Land O'Lakes, Inc. and Madison Dairy Produce Company**

By: *[signature]*
    Nathan P. Eimer (23693)
    Adam B. Deutsch (23695)
**Eimer Stahl Klevorn & Solberg**
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604

Date: 5/10/04

532464

2

Defendants Dairy Farmers of America, Inc.
and Keller's Creamery, L.P.

By:_____
    E. Parry Warner (23711)
    William J. Leonard (23712)
    Mathieu J. Shapiro (23713)
    H. David Seidman (23714)
    **Obermayer Rebmann Maxwell & Hippel, LLP**
    One Penn Center, 19th Floor
    1617 John F. Kennedy Boulevard
    Philadelphia, PA 19103-1895

Date:_____

Defendant Grassland Dairy Products, Inc.

By:_____
    Thomas F. Maxwell, Jr. (0132)
    **Pullman & Comley, LLC**
    850 Main Street
    P.O. Box 7006
    Bridgeport, CT 06601-7006

Date:_____

Defendant Associated Milk Producers, Inc.

By:_____
    C. Thomas Wilson
    **Gislason & Hunter**
    2700 South Broadway
    P.O. Box 458
    New Ulm, MN 56073

Date:_____