UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ICE CREAM LIQUIDATION, INC., formerly known as Fieldbrook Farms, Inc., individually and on behalf of all others similarly situated, (GLG)<br><br>           Plaintiff,<br><br>    v.<br><br>LAND O'LAKES, INC; DAIRY FARMERS OF AMERICA, INC., ASSOCIATED MILK PRODUCERS, INC.; GRASSLAND DAIRY PRODUCTS, INC.; KELLER'S CREAMERY LLC; LEVEL VALLEY CREAMERY, INC.; AND MADISON DAIRY PRODUCE COMPANY;<br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 302-CV-377 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.Civ.P. 41, and pursuant to Settlement Agreement approved by this Court and the Bankruptcy Court, Plaintiff Ice Cream Liquidation, Inc. and Defendants Land O'Lakes, Inc., Dairy Farmers of America, Inc., Associated Milk Producers, Inc., Grassland Dairy Products, Inc., Keller's Creamery, L.P., and Madison Dairy Produce Company, stipulate that the above-captioned action is dismissed with prejudice. This Stipulation is not intended to prejudice and does not prejudice any claims of any putative class members.

532464

This Stipulation to Dismiss with Prejudice may each be executed in one or more identical counterparts, each of which shall be deemed an original, but all of which together shall constitute but a single document.

**Plaintiff Ice Cream Liquidation, Inc.**

By:_____
    Robert A. Izard (ct 01601)
    Andrew M. Schatz (ct 00603)
    Barbara F. Wolf (ct 19107)
    **Schatz & Nobel P.C.**
    330 Main Street
    Hartford, CT 06106
    Phone: 860.493.6292
    Fax: 860.493.6290

Date:_____


**Defendants Land O'Lakes, Inc. and Madison Dairy Produce Company**

By:_____
    Nathan P. Eimer (23693)
    Adam B. Deutsch (23695)
    **Eimer Stahl Klevorn & Solberg**
    224 S. Michigan Avenue
    Suite 1100
    Chicago, IL 60604

Date:_____

Defendants Dairy Farmers of America, Inc.
and Keller's Creamery, L.P.

By:_____
    E. Parry Warner (23711)
    William J. Leonard (23712)
    Mathieu J. Shapiro (23713)
    H. David Seidman (23714)
    **Obermayer Rebmann Maxwell & Hippel, LLP**
    One Penn Center, 19th Floor
    1617 John F. Kennedy Boulevard
    Philadelphia, PA 19103-1895

Date:_____


Defendant Grassland Dairy Products, Inc.

By:_____
    Thomas F. Maxwell, Jr. (0132)
    **Pullman & Comley, LLC**
    850 Main Street
    P.O. Box 7006
    Bridgeport, CT 06601-7006

Date:_____


Defendant Associated Milk Producers, Inc.

By: /s/ C. Thomas Wilson
    C. Thomas Wilson
    **Gislason & Hunter**
    2700 South Broadway
    P.O. Box 458
    New Ulm, MN 56073

Date: April 30, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ICE CREAM LIQUIDATION, INC., formerly known as Fieldbrook Farms, Inc., individually and on behalf of all others similarly situated, (GLG)<br><br>Plaintiff,<br><br>v.<br><br>LAND O'LAKES, INC; DAIRY FARMERS OF AMERICA, INC., ASSOCIATED MILK PRODUCERS, INC.; GRASSLAND DAIRY PRODUCTS, INC.; KELLER'S CREAMERY LLC; LEVEL VALLEY CREAMERY, INC.; AND MADISON DAIRY PRODUCE COMPANY;<br><br>Defendants. | CIVIL ACTION NO. 302-CV-377 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.Civ.P. 41, and pursuant to Settlement Agreement approved by this Court and the Bankruptcy Court, Plaintiff Ice Cream Liquidation, Inc. and Defendants Land O'Lakes, Inc., Dairy Farmers of America, Inc., Associated Milk Producers, Inc., Grassland Dairy Products, Inc., Keller's Creamery, L.P., and Madison Dairy Produce Company, stipulate that the above-captioned action is dismissed with prejudice. This Stipulation is not intended to prejudice and does not prejudice any claims of any putative class members.

532464

This Stipulation to Dismiss with Prejudice may each be executed in one or more identical counterparts, each of which shall be deemed an original, but all of which together shall constitute but a single document.

**Plaintiff Ice Cream Liquidation, Inc.**

By:_____
    Robert A. Izard (ct 01601)
    Andrew M. Schatz (ct 00603)
    Barbara F. Wolf (ct 19107)
    **Schatz & Nobel P.C.**
    330 Main Street
    Hartford, CT 06106
    Phone: 860.493.6292
    Fax: 860.493.6290

Date:_____


**Defendants Land O'Lakes, Inc. and Madison Dairy Produce Company**

By:_____
    Nathan P. Eimer (23693)
    Adam B. Deutsch (23695)
    **Eimer Stahl Klevorn & Solberg**
    224 S. Michigan Avenue
    Suite 1100
    Chicago, IL 60604

Date:_____

**Defendants Dairy Farmers of America, Inc.
and Keller's Creamery, L.P.**

By:_____
   E. Parry Warner (23711)
   William J. Leonard (23712)
   Mathieu J. Shapiro (23713)
   H. David Seidman (23714)
   **Obermayer Rebmann Maxwell & Hippel, LLP**
   One Penn Center, 19th Floor
   1617 John F. Kennedy Boulevard
   Philadelphia, PA 19103-1895


Date:_____



**Defendant Grassland Dairy Products, Inc.**

By: *[signature]*
   Thomas F. Maxwell, Jr. (0132)
   **Pullman & Comley, LLC**
   850 Main Street
   P.O. Box 7006
   Bridgeport, CT 06601-7006

Date: *May 21, 2004*



**Defendant Associated Milk Producers, Inc.**

By:_____
   C. Thomas Wilson
   **Gislason & Hunter**
   2700 South Broadway
   P.O. Box 458
   New Ulm, MN 56073

Date:_____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ICE CREAM LIQUIDATION, INC.,' formerly known as Fieldbrook Farms, Inc., individually and on behalf of all others similarly situated, **(GLG)** <br><br> Plaintiff, <br><br> v. <br><br> LAND O'LAKES, INC; DAIRY FARMERS OF AMERICA, INC., ASSOCIATED MILK PRODUCERS, INC.; GRASSLAND DAIRY PRODUCTS, INC.; KELLER'S CREAMERY LLC; LEVEL VALLEY CREAMERY, INC.; AND MADISON DAIRY PRODUCE COMPANY; <br><br> Defendants. | ) ) ) ) CIVIL ACTION NO. 302-CV-377 ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.Civ.P. 41, and pursuant to Settlement Agreement approved by this Court and the Bankruptcy Court, Plaintiff Ice Cream Liquidation, Inc. and Defendants Land O'Lakes, Inc., Dairy Farmers of America, Inc., Associated Milk Producers, Inc., Grassland Dairy Products, Inc., Keller's Creamery, L.P., and Madison Dairy Produce Company, stipulate that the above-captioned action is dismissed with prejudice. This Stipulation is not intended to prejudice and does not prejudice any claims of any putative class members.

532464

This Stipulation to Dismiss with Prejudice may each be executed in one or more identical counterparts, each of which shall be deemed an original, but all of which together shall constitute but a single document.

**Plaintiff Ice Cream Liquidation, Inc.**

By:_____
    Robert A. Izard (ct 01601)
    Andrew M. Schatz (ct 00603)
    Barbara F. Wolf (ct 19107)
    **Schatz & Nobel P.C.**
    330 Main Street
    Hartford, CT 06106
    Phone: 860.493.6292
    Fax: 860.493.6290

Date:_____


**Defendants Land O'Lakes, Inc. and Madison Dairy Produce Company**

By:_____
    Nathan P. Eimer (23693)
    Adam B. Deutsch (23695)
    **Eimer Stahl Klevorn & Solberg**
    224 S. Michigan Avenue
    Suite 1100
    Chicago, IL 60604

Date:_____

**Defendants Dairy Farmers of America, Inc.
and Keller's Creamery, L.P.**

By: *E. Parry Warner* (signature)
    E. Parry Warner (23711)
    William J. Leonard (23712)
    Mathieu J. Shapiro (23713)
    H. David Seidman (23714)
    **Obermayer Rebmann Maxwell & Hippel, LLP**
    One Penn Center, 19th Floor
    1617 John F. Kennedy Boulevard
    Philadelphia, PA 19103-1895

Date: 5/18/04


**Defendant Grassland Dairy Products, Inc.**

By:_____
    Thomas F. Maxwell, Jr. (0132)
    **Pullman & Comley, LLC**
    850 Main Street
    P.O. Box 7006
    Bridgeport, CT 06601-7006

Date:_____


**Defendant Associated Milk Producers, Inc.**

By:_____
    C. Thomas Wilson
    **Gislason & Hunter**
    2700 South Broadway
    P.O. Box 458
    New Ulm, MN 56073

Date:_____

532464            3