UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ICE CREAM LIQUIDATION, INC., formerly known as Fieldbrook Farms, Inc., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAND O'LAKES, INC; DAIRY FARMERS OF AMERICA, INC., ASSOCIATED MILK PRODUCERS, INC.; GRASSLAND DAIRY PRODUCTS, INC.; KELLER'S CREAMERY LLC; LEVEL VALLEY CREAMERY, INC.; AND MADISON DAIRY PRODUCE COMPANY;<br><br>Defendants. | ) ) ) ) ) ) CIVIL ACTION NO. 302-CV-377 (WWE) ) ) ) ) ) ) ) ) July 22, 2004 ) ) ) ) |

**PLAINTIFF'S AGREED MOTION AND PROPOSED ORDER
FOR DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION AND
APPROVAL OF THE DISTRICT COURT AND BANKRUPTCY COURT**

Pursuant to Rules 23(e) and 41 of the Federal Rules of Civil Procedure, Plaintiff Ice Cream Liquidation, Inc. moves for the entry of an order dismissing the above-captioned matter with prejudice as to Defendants Land O'Lakes, Inc., Dairy Farmers of America, Inc. Associated Milk Producers, Inc., Grassland Dairy Products, Inc. Keller's Creamery, L.P. and Madison Dairy Produce Company (hereinafter "Defendants").[1] In support of its motion, Plaintiff states as follows:

---

[1] Plaintiff voluntarily dismissed Defendant Level Valley Creamery, Inc. from this action four months after the complaint was filed.